# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0043.     GIRISH MODI v. INDIA AMERICAN CULTURAL ASSOCIATION.**

Upon review of Girish Modi's "Emergency Motion to Recall Order Denying Discretionary Application and to Remand for Proceedings in Compliance with the Disabilities Act (ADA)", "Amended Emergency Motion to Vacate Previous Order and Grand Discretionary Application Under Rule 40(b), Constitutional Grounds, and Mandate-Compliance Defects", "Motion to Declare BOPO Expansion Unconstitutional", and "Motion to Supplement the Record on Appeal Pursuant to OCGA § § 5-6-41(f) and 15-6-61", all of the motions are DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 09/03/2025*

> I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

> Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*